# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARTA TOSI,**

      **Plaintiff,**

-vs-                                        Case No. 6:05-cv-431-Orl-28KRS

**ORANGE COUNTY SHERIFF'S OFFICE, ORANGE COUNTY, CITY OF ORLANDO, FLORIDA DEPARTMENT OF LAW ENFORCEMENT, COLLINGTON CAMPBELL, VICKI BUFORD, UNKNOWN ORANGE COUNTY SHERIFF DEPUTIES,**

      **Defendants.**

## ORDER

This case is before the Court on the Motion of Defendants, Vicki Buford and Collington Campbell, to Dismiss Count VI of the Complaint (Doc. 8) and Defendant City of Orlando's Motion to Dismiss (Doc. 11). On April 8, 2005, Plaintiff filed a Motion for Extension of Time to File Response/Reply to Motions to Dismiss 7, 8, 10, 11, and 18 (Doc. 28). The Court granted Plaintiff an extension of time through April 26, 2005 (Doc. 29). Plaintiff has not filed a response to the Motion of Defendants, Vicki Buford and Collington Campbell, to Dismiss Count VI of the Complaint or Defendant City of Orlando's Motion to Dismiss[1]. The Motion of Defendants Buford and Campbell seeks dismissal of Count VI of the Complaint which alleges that these Defendants committed battery against the Plaintiff.

---

[1] Plaintiff has filed responses to the other three Motions to Dismiss (Docs. 7, 10 and 18).

Buford and Campbell's Motion does not seek dismissal of Count III, the only other Count pending against these defendants. The Motion of Defendant City of Orlando seeks dismissal of Counts I and II of the Complaint, the only Counts pending against this Defendant.

It is **ORDERED** that Motion of Defendants, Vicki Buford and Collington Campbell, to Dismiss Count VI of the Complaint (Doc. 8) and Defendant City of Orlando's Motion to Dismiss (Doc. 11) are **GRANTED**. Count III of the Complaint remains pending against Defendants Buford and Campbell, and Defendant City of Orlando is dismissed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __29__ day of April, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party