**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARTA TOSI,**

            **Plaintiff,**

-vs-                                        **Case No. 6:05-cv-431-Orl-28KRS**

**ORANGE COUNTY SHERIFF'S OFFICE,**
**ORANGE COUNTY, CITY OF ORLANDO,**
**FLORIDA DEPARTMENT OF LAW**
**ENFORCEMENT, COLLINGTON**
**CAMPBELL, VICKI BUFORD,**
**UNKNOWN ORANGE COUNTY**
**SHERIFF DEPUTIES,**

            **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL (Doc. No. 47)**
>
> **FILED:**      **June 2, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

By the present filing, counsel for the plaintiff, Marta Tosi, provide notice that she has elected to have different attorneys represent her in this case. Middle District of Florida Local Rule 2.03(b) states that attorneys may not withdraw from a case "except by written leave of court." Accordingly, I construe this notice as a motion to substitute counsel. Thomas B. Luka, Esq. is

substituted as counsel for Tosi in place of Gavin T. Elliot, Esq. and Jeffrey S. Kaufman, Esq. and the firm Kaufman, Englett & Lynd, P.A. Mr. Luka is responsible for reviewing the docket in this case and abiding by all deadlines and orders entered in this case.

If he is not already doing so, Mr. Luka shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties