UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARTA TOSI,

                Plaintiff,

-vs-                                  Case No. 6:05-cv-431-Orl-28KRS

ORANGE COUNTY SHERIFF'S OFFICE,
ORANGE COUNTY, CITY OF ORLANDO,
FLORIDA DEPARTMENT OF LAW
ENFORCEMENT, COLLINGTON
CAMPBELL, VICKI BUFORD, UNKNOWN
ORANGE COUNTY SHERIFF DEPUTIES,

                Defendants.
_____

## ORDER

This cause is before the Court on Defendant Orange County's motion to dismiss (Doc. 10). The only claims against Defendant alleged in Plaintiff Marta Tosi's seven-count Complaint are one count of False Imprisonment (Count I) and one count of Battery (Count II). Defendant's motion presumably seeks dismissal of both of these counts.

Viewed in the very best of lights, Defendant's four-page motion, which consists of less than one and one-half page of analysis, merely suggests possible bases for dismissal. As

the Court will not infer arguments which Defendant has itself failed to clearly raise, Defendant's motion (Doc. 10) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of July, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party